# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

CHRISTOPHER HENDRIX,

    Defendant.

CASE NO.: 4:18-cr-260

## O R D E R

Before the Court is the Defendant's Motion for Leave to File Sentencing Memorandum and Its Exhibits Under Seal. After careful consideration and for good cause shown, the Court **GRANTS** the Defendant's Motion. Accordingly, the Court DIRECTS the Clerk of Court to FILE UNDER SEAL the Defendant's Sentencing Memorandum, including any exhibits, all of which shall remain under seal until further Order of the Court.

The Court notes that Defendant filed his Sentencing Memorandum and exhibits as attachments to his Motion for Leave to File Under Seal. Accordingly, the Court DIRECTS the Clerk of Court to seal those attachments, (docs. 1048-2 – 1048-7), and to also file Defendant's Sentencing Memorandum and exhibits as a new and separate sealed entry upon the docket and record of this case. In addition, the Court ORDERS counsel for Defendant to read the Court's Local Rule 79.7 regarding Sealed Documents, which addresses the proper process for requesting a filing be placed under seal.

**SO ORDERED**, this 29th day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA